1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2751



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Mag. No. 2:08-mj-0322 GGH |
|---|---|---|
| Plaintiff, | ) | MOTION TO UNSEAL AND DISMISS CRIMINAL COMPLAINT AND [PROPOSED] ORDER UNSEALING CRIMINAL COMPLAINT AND DISMISSING CRIMINAL COMPLAINT |
| v. | ) | |
| HENRY DON WILLIAMS, | ) | |
| Defendant. | ) | |

The United States, by and through Assistant United States Attorney Jason Hitt, hereby moves this Honorable Court for an Order unsealing the above-captioned Criminal Complaint and Arrest Warrant. This motion also seeks an Order dismissing the Criminal Complaint and Arrest Warrant in this matter pursuant to Rule 48 of the Federal Rules of Criminal Procedure. These motions are based upon the facts set forth below.

On or about September 16, 2008, the Honorable Gregory G. Hollows signed a Criminal Complaint finding probable cause to believe defendant Henry Don WILLIAMS committed a violation of federal law by moving or traveling in interstate commerce with in the intent to avoid prosecution in violation of 18 U.S.C. § 1073. In addition,

1

1 Magistrate Judge Hollows issued an Order sealing the Criminal
2 Complaint and Affidavit in support of the Criminal Complaint until
3 further order of the Court.
4     The government respectfully now moves this Court for an Order
5 unsealing the Criminal Complaint and Affidavit in support of the
6 Criminal Complaint in <u>United States v. Williams</u>, Mag. No. 2:12-mj-
7 0322 GGH. This motion is made because there is reason to believe the
8 concerns regarding notification or disclosure of the Criminal
9 Complaint and the Affidavit in support of the Criminal Complaint are
10 no longer applicable. In particular, after the signing of the
11 Criminal Complaint, the United States Marshals Service apprehended
12 Henry Don WILLIAMS in Las Vegas, Nevada, on or about September 20,
13 2008. The Marshals Service subsequently transferred WILLIAMS to law
14 enforcement officials representing Solano County in order to allow
15 them to prosecute WILLIAMS for murder in Solano County Superior
16 Court. Accordingly, pursuant to Local Rule 141(f), there is good
17 cause to unseal the Criminal Complaint and accompanying Affidavit in
18 this case. In addition, the United States now moves to dismiss the
19 pending Criminal Complaint and arrest warrant in this matter in the
20 interests of justice and pursuant to Rule 48 because WILLIAMS has
21 been turned over to Solano County officials to be prosecuted on more
22 serious charges.

    BENJAMIN B. WAGNER
    United States Attorney

26 DATED: June 14, 2012    By: /s/ Jason Hitt
    JASON HITT
    Assistant U.S. Attorney

## O R D E R

For the reasons set forth in the government's motion to dismiss the Criminal Complaint, **IT IS HEREBY ORDERED**:

1. Upon Application of the United States of America and good cause having been shown, the Criminal Complaint and Affidavit in support of the Criminal Complaint in Mag. No. 2:08-mj-0322 GGH are hereby ordered **UNSEALED**; and

2. The Criminal Complaint and arrest warrant in Mag. No. 2:08-mj-0322 GGH are hereby DISMISSED without prejudice pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

DATED: 6/14/12

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE